

**NUMBER 13-20-00132-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MICHAEL ALLEN TREVINO,**                           **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                  **Appellee.**

---

**On appeal from the 11th District Court
of Harris County, Texas.**

---

# ORDER OF ABATEMENT

**Before Justices Benavides, Hinojosa, and Tijerina
Order Per Curiam**

This cause is before the Court on appellant's amended motions to abate the appeal, to supplement the record, to extend time to file brief, and to extend the page limit of appellant's brief. According to appellant, the trial exhibits were not included in the reporter's record filed on July 8, 2020.

The amended motion to abate is GRANTED, and the appeal is ABATED and the

matter is REMANDED to the trial court. In accordance with Texas Rule of Appellate Procedure 34.6(f)(4), the trial court is directed to conduct a hearing to determine: (1) if the appellant has timely requested a reporter's record; (2) if, without the appellant's fault, a significant exhibit or a significant portion of the court reporter's notes and records has been lost or destroyed or - if the proceedings were electronically recorded - a significant portion of the recording has been lost or destroyed or is inaudible; (3) if the lost, destroyed, or inaudible portion of the reporter's record, or the lost and destroyed exhibit, is necessary to the appeal's resolution; and (4) if the lost, destroyed, or inaudible portion of the reporter's record cannot be replaced by agreement of the parties, or the lost or destroyed exhibit cannot be replaced either by agreement of the parties or with a copy determined by the trial court to accurately duplicate with reasonable certainty the original exhibit. *See* TEX. R. APP. P. 34.6(f).

The trial court is directed to forward the record of the proceedings, including any orders and findings, to this Court within thirty (30) days of the date of this order, or to notify this Court within such period indicating a date by which the trial court can comply.

Appellant's amended motion for extension of time to file brief and second motion for extension of time to file brief are hereby GRANTED; appellant's brief was timely filed on September 14, 2020. Additionally, appellant shall be GRANTED thirty days after the supplemental record to file a first amended brief.

Finally, appellant's amended motion to extend the word and page limit is GRANTED and appellant's brief now is now limited to 22,000 words and 75 pages.

2

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P.47.2(b).

Delivered and filed the
21st day of October, 2020.